UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE RENEE HUGHES,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. C21-1368 RSM<br><br>ORDER FOR SERVICE AND ANSWER,<br>§ 2255 MOTION |

This matter is before the Court on Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. Dkt. #1 ("Petitioner's § 2255 Motion"). After preliminary review of Petitioner's § 2255 Motion, the Court ORDERS as follows:

1. If not previously accomplished, electronic posting of this Order and Petitioner's § 2255 Motion shall effect service upon the United States Attorney of Petitioner's § 2255 Motion and all documents in support thereof.

2. Within **forty-five (45)** days after the filing of Petitioner's § 2255 Motion, the United States shall file and serve an Answer in accordance with Rule 5 of the Rules Governing Section 2255 Cases in United States District Courts or shall otherwise respond. As part of any Answer filed, the United States shall state its position as to whether an evidentiary hearing is necessary, whether any discovery is necessary, whether there is any issue as to

ORDER – 1

abuse or delay under Rule 9, and whether Petitioner's § 2255 Motion is barred by the statute of limitations.

3. On the face of its Answer, the United States shall note this matter for the fourth Friday following the filing of its Answer, and the Clerk shall note the matter on the Court's docket accordingly.  Petitioner may file a Reply to the Answer no later than that noting date.

4. The Clerk shall direct a copy of this Order to Petitioner.

DATED this 20th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2